UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYTHAN MICHAEL JONES SLAISE,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY SHERIFF, et al.,<br><br>Defendants. | Case No.: 1:23-cv-00499 CDB (PC)<br><br>**ORDER STRIKING COMPLAINT**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY (30) DAYS OF THIS ORDER**<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR TO PAY THE FILING FEE WITHIN FORTY-FIVE (45) DAYS OF THIS ORDER** |

Plaintiff Keythan Michael Jones Slaise is proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

Plaintiff originally filed his complaint in the Sacramento division of this Court on March 24, 2023. (Doc. 1.) On April 4, 2023, Magistrate Judge Allison Claire issued an Order transferring this action to the Fresno division as the violations alleged took place in Merced County, which is part of the Fresno division of the United States District Court for the Eastern District of California. (Doc. 4.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C.

§ 1915A(a). Although the Court has not yet screened[1] Plaintiff's complaint, the Court notes the complaint is not signed. (*See* Doc. 1 at 1-4.) Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. *See* Fed. R. Civ. P. 11(a); Local Rule 131(b). Because the complaint is not signed by Plaintiff, the Court must strike it from the record. Plaintiff will be permitted an opportunity to file a signed complaint, within 30 days of the date of this order, that complies with the Federal Rules of Civil Procedure and the Local Rules.

Additionally, the Court notes Plaintiff has not paid the $402.00 filing fee, nor has he submitted an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. Plaintiff will be directed to either pay the filing fee in full, or to submit a completed and signed IFP application, within 45 days of the date of this order.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The complaint filed March 24, 2023 (Doc. 1) is **STRICKEN**;
2. **Within thirty (30) days** of the date of service of this order, Plaintiff **SHALL** file a signed complaint;
3. **Within forty-five (45) days** of the date of service of this order, Plaintiff **SHALL** submit a completed and signed application to proceed IFP, or in the alternative, pay the $402.00 filing fee for this action; and
4. The Clerk of the Court is **DIRECTED** to serve a blank civil rights complaint form and an application to proceed *in forma pauperis* with this order.

IT IS SO ORDERED.

Dated: **April 10, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] This Court is one of the busiest district courts in the nation. There are hundreds of *pro se* prisoner complaints awaiting screening and delays are inevitable. Assuming Plaintiff files a signed complaint, as ordered herein, that complaint will be screened in due course.